# IN THE SUPREME COURT OF THE STATE OF NEVADA

J. MILAN RUPEL,
              Appellant,
      vs.
THERESA GALTEN,
              Respondent.

No. 82636

FILED

JUL 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a decree of divorce. Eighth Judicial District Court, Family Court Division, Clark County; Bryce C. Duckworth, Judge.

When this court's initial review of the docketing statement and documents before this court revealed that the notice of appeal may have been prematurely filed, appellant was ordered to show cause why this appeal should not be dismissed for lack of jurisdiction. *See* NRAP 4(a)(6). The parties have now filed a stipulation to dismiss this appeal without prejudice, asserting that the challenged order is not final. They ask that this matter be remanded to the district court for resolution of the outstanding issues.

Pursuant to the stipulation of the parties, this appeal is dismissed. NRAP 42(b). Upon dismissal, jurisdiction over this matter returns to the district court. Thus, no remand is necessary. Any aggrieved party may file a new notice of appeal from any appealable order entered by the district court.

It is so ORDERED.

_____, C.J.

21-22168

cc: Hon. Bryce C. Duckworth, District Judge, Family Court Division
Stephen E. Haberfeld, Settlement Judge
Barnes Law Group, LLC
Law Offices of F. Peter James, Esq.
Eighth District Court Clerk